UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERANDA GOLF INCORPORATED USA INC.,

                               Plaintiff,         22 Civ. 9189 (LGS)

                 -against-                 ORDER

PIF PRODUCTS LLC,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated November 16, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

       WHEREAS, the initial pretrial conference is currently scheduled for January 4, 2023, at 4:00 p.m.;

       WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for January 4, 2023, is adjourned to **January 11, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **January 4, 2023, at 12:00 P.M.**

Dated: December 29, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE